## IN THE UNITED STATE BANKRUPTCY COURT
## OF THE NORTHERN DISTRICT OF MISSISSIPPI

**Re: CYNTHIA R BROOKS**                              **CASE NO. 15-13697**
                                                     **CHAPTER 13**

### MOTION AND NOTICE TO MODIFY PLAN

**COMES NOW DEBTORS**, BY AND THROUGH THE UNDERSIGNED ATTORNEY AND FILES THEIR Motion to Modify their Chapter 13 Plan filed in the above style case.

1.  Debtors' Chapter 13 plan has been confirmed.

2.  Circumstances has arisen making it necessary to modify the Debtors' chapter 13 plan.  Specifically, Debtor seeks to pay her ongoing mortgage and post petition arrears inside of her chapter 13 plan.

3.  Upon information and belief, the ongoing mortgage is $495.97 per month with arrears totaling $5,213.45.

4.  As such, Debtor requests an order  modifying  the chapter 13 plan in this cause to reflect said changes.

5.  Debtors plan payments will need to be altered to reflect this change.

**WHEREFORE PREMISES CONSIDERED**, Debtors pray that this Nobel Court approved the requested modifications to the Debtor's chapter 13 plan.

Respectfully Submitted, this the 25th day of June, 2018.

                                        **Cynthia Brooks, Debtors**
                                        /S/ JOHN F. HUGHES

JOHN F. HUGHES
MS BAR NO. 100711
HUGHES LAW GROUP, PLLC
PO Box 1394
Southaven, MS 38671
O: 662.298.3607
F: 877.484.4372

## IN THE UNITED STATE BANKRUPTCY COURT
## OF THE NORTHERN DISTRICT OF MISSISSIPPI

Re: CYNTHIA R BROOKS                    CASE NO. 15-13697
                                        CHAPTER 13

### NOTICE OF AMENDMENT TO PLAN

NOTICE IS HEREBY GIVEN that a Motion to Amend Plan on behalf of Debtors has been filed in the above caption case.

Any party receiving this notice and having objection to the Amendment of the Chapter 13 Plan must do so in writing within 30 days of the date of this Notice. Any such objection must be filed with the Clerk of this court and served on the Attorney for Moveant. Should any party fail to meet this 30 day notice, the Court may consider said motion immediately after the objection or response due date.

Respectfully Submitted, this the 25th day of June, 2018.

**Cynthia Brooks, Debtors**
/S/ JOHN F. HUGHES

JOHN F. HUGHES
MS BAR NO. 100711
HUGHES LAW GROUP, PLLC
PO Box 1394
Southaven, MS 38671
O: 662.298.3607
F: 877.484.4372

**IN THE UNITED STATE BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF MISSISSIPPI**

**Re: CYNTHIA R BROOKS**                                **CASE NO. 15-13697**
                                                         **CHAPTER 13**

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that I have, on this date, mailed or electronically noticed a true, correct and complete copy of the above and foregoing Motion and Notice to those parties as referenced on the attached mailing matrix:

Respectfully Submitted, this the 25th day of June, 2018.

                                                 **Cynthia Brooks, Debtors**
                                                 /S/ JOHN F. HUGHES

JOHN F. HUGHES
MS BAR NO. 100711
HUGHES LAW GROUP, PLLC
PO Box 1394
Southaven, MS 38671
O: 662.298.3607
F: 877.484.4372

Label Matrix for local noticing
0537-1
Case 15-13697-JDW
Northern District of Mississippi
Aberdeen
Mon Jun 25 17:04:49 CDT 2018

All American
3189 HWY 45 N
STE C
Columbus, MS 39705-1251

Alliance Collection Serv
600 W Main St
Tupelo, MS 38804-3733

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

BAPTIST MEMORIAL HOSPITAL GOLDEN TRIANGLE
C\O MSCB, INC
1410 INDUSTRIAL PARK RD
PO BOX 1567
PARIS, TN 38242-1567

Baptist Medical Hospital- Golden Triangl
2520 Fifth Street N
Columbus, MS 39705-2008

Cynthia Brooks
125 North Butternut Drive
Columbus, MS 39705-3262

Cash Net USA
200 West Jackson, Suite 1400
Chicago, IL 60606-6929

Check Exchange
1920 US-45
Columbus, MS 39705

Dept of Ed/Navient
300 Continental Dr
Newark, DE 19713-4322

Express Check Advance
1223 HWY 45 N
Columbus, MS 39705-2138

Federal National Mortgage Association
c/o Shapiro & Massey LLC
1080 River Oaks Drive
Suite B-202
Flowood, MS 39232-7603

Federal National Mortgage Association (
Shapiro & Massey, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232-7603

Franklin Coll Svc
2978 W Jackson St
Tupelo, MS 38801-6731

Golden Triangle ER Phys
PO Box 1921
Bellaire, TX 77402-1921

Gulfco of Mississippi, LLC
c/o Simpson Law Firm, P.A.
P.O. Box 1410
Ridgeland, MS  39158-1410

Laura Henderson - Courtney
Shapiro & Massey, LLC
1080 River Oaks Drive, Suite B-202
Jackson, MS 39232-7603

John F Hughes
5627 Getwell Road
Building B, Suite 5
Southaven, MS 38672-7328

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
c/o U.S. Attorney's Office
900 Jefferson Avenue
Oxford, MS 38655-3608

Bradley P. Jones
Shapiro & Massey, LLC
1080 River Oaks Drive
Suite B-202
Flowood, MS 39232-7603

Navient Solutions Inc
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

North Mississppi Medical Clinc, INC
P.O. Box 4300
Tupelo, MS 38803-4300

Patient Account Service
200 S Park Road
#450
Hollywood, FL 33021-8360

Payday Loan Store
1914 N.Highway 45
#5
Columbus, MS 39705-1949

SETERUS INC
14523 SW MILLIKAN WAY
STE 200
Beaverton, OR 97005-2352

Seterus, Inc.
P.O.Box 2008
Grand Rapids, MI 49501-2008

John S. Simpson
Simpson Law Firm, P. A.
Post Office Box 1410
Ridgeland, MS 39158-1410

(p)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

Tower Loan of MS
POB 320001
Flowood, MS 39232-0001

Tupelo Service Finance
1040 Cliff Gookin BLVD
Tupelo, MS 38801-6467

U. S. Department of Education
In care of U. S. Attorney
900  Jefferson Avenue
Oxford MS 38655-3608

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201-5022

United EM SVCS of Mississippi
P.O. Box 975213
Dallas, TX 75397-5213

Terre M. Vardaman
P. O. Box 1326
Brandon, MS 39043-1326

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Austin IRS Center
Stop 6692 AUSC
Austin, TX 73301

Tower Loan
131 Channel 16 Way
Jackson, MS 39209

(d)John E. Tucker
P.O. Box 320001
Flowood, MS 39232-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Federal National Mortgage Association (
Shapiro & Massey, LLC
1080 River Oaks Drive
Suite B 202
Flowood, MS 39232-7603

(d)Federal National Mortgage Association (
c/o Shapiro & Massey, LLC
1080 River Oaks Drive
Suite B-202
Flowood, MS 39232-7603

(u)Gulfco of Mississippi d/b/a Tower Loan of

(d)Terre M. Vardaman
P. O. Box 1326
Brandon, MS 39043-1326

End of Label Matrix
Mailable recipients     34
Bypassed recipients      4
Total                   38