

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CYNTHIA BROOKS                                          CASE NO. 15-13697
                                                               CHAPTER 13

**ORDER GRANTING WITDRAWAL DEBTOR'S MOTION TO MODIFY**

THIS matter having come on Debtor's Motion to Withdraw the Motion to Modify [Dkt. 54] in this case and the Court being advised in the facts and premises, does hereby find that this motion is well taken and thereby grants Debtor's Motion to Withdraw the Motion to Modify [Dkt. 54] in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Debtor's Motion to Withdraw the Motion to Modify [Dkt. 54] in this matter is granted.

##END OF ORDER##

Prepared By:
JOHN FITZGERALD HUGHES
HUGHES LAW GROUP, PLLC
5627 Getwell Road, Suite B5
Southaven, MS 38672
Telephone:       662.298.3607